IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

WILLIAM STOREY,                                 *

            Petitioner,                     *

v.                                                         Case No. 4:21-cr-16-CDL-MSH

                                              *

UNITED STATES OF AMERICA,       *

            Respondent.                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 11th day of August, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk